IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In the Matter of:<br>Tonya N Cogle<br>4411 Dave MacDonald Drive<br>Hephzibah, GA 30815 | ) Chapter 13<br>)<br>) Case No: 14-10767-SDB<br>)<br>) |

### APPROVAL OF APPLICATION TO MODIFY MORTGAGE

Pursuant to General Order No. 2010-2 Permitting the Chapter 13 Trustee to Approve Real Estate Loan Modification and the Incurring of Debt, the application of the aforementioned Debtor to obtain a loan modification from BSI Financial Services, Inc., having been considered, such application is hereby APPROVED in the amount not to exceed the principal balance of $221,155.00 with approximate monthly payments of $994.00 for 360 months. Debtor shall receive no proceeds from the loan modification of the described property.

The Debtor must provide a copy of a statement from the mortgagee to this office as evidence that the transaction was finalized.

This approval expires ninety (90) days from this date.

This 13th day of November 2015.

_____
Jennifer Hamilton Hawkins, Attorney for Chapter 13 Trustee Huon Le
Post Office Box 2127
Augusta, GA 30903-2127
(706) 724-1039

cc: Matthew James Duncan
Attorney At Law
266 Greene St
Augusta, GA 30901